**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1005**

HAITHAM HAMDAN,

     Plaintiff - Appellant,

  v.

INTERNATIONAL INC., d/b/a Papa John's,

     Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. William L. Osteen, Jr., Chief District Judge. (1:11-cv-00831-WO-LPA)

Submitted: May 30, 2013       Decided: June 4, 2013

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Haitham Hamdan, Appellant Pro Se. Mason Gardner Alexander, Jr., FISHER & PHILLIPS, LLP, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Haitham Hamdan appeals the district court's order adopting the magistrate judge's recommendation and denying relief in his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hamdan v. Int'l Inc., No. 1:11-cv-00831-WO-LPA (M.D.N.C. Dec. 3, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED